*June 24, 1935.*

Schmidt and wife, Appellants, vs. Sternhagen and wife, Respondents.

For the appellants: *Fox & Fox* of Chilton.

For the respondents: *Barber, Keefe, Patri & Horwitz* of Oshkosh.

*By the Court.*—Judgment affirmed.